**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Gloria Miller,<br><br>Plaintiff,<br>vs.<br><br>Equifax Information Services LLC, et al.,<br><br>Defendants. | Case No. 2:26-cv-12638<br><br>**NOTICE OF SETTLEMENT** |

Please be advised that Plaintiff Gloria Miller, and Defendant Ally Financial Inc. have settled the claims between these two parties subject to the signing of a settlement agreement and release. Plaintiff expects to file a Notice within 60 days. Defendants Equifax Information Services LLC, Trans Union LLC, and Experian Information Solutions, Inc. still remain, and Plaintiff has not settled the claims with these Defendants.

Dated: August 12, 2026

RESPECTFULLY SUBMITTED,

**Fields Law Firm**

*/s/ Blake R. Bauer*

Blake R. Bauer
MN Bar Number 0396262
Blake@fieldslaw.com
FIELDS LAW FIRM
9999 Wayzata Blvd.
Minnetonka, Minnesota 55305
(612) 383-1868 (telephone)
(612) 370-4256 (fax)